FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
WHITNEY J. SELERT, ESQ.
Nevada Bar No. 5492
300 S Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
Facsimile:  (702) 252-7411
E-Mail Address:  wselert@laborlawyers.com

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA WADE, | |
| Plaintiff, | Case No. 2:15-cv-02058-APG-CWH |
| vs. | **STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE APPEAR** |
| PLAZA BANK, a California corporation; and TRINET HR CORPORATION, a California corporation, | |
| Defendant. | **(First Request)** |

COME NOW, the parties above-referenced, by and through their undersigned counsel and after consultation and upon consent of each party do hereby stipulate and agree that Defendants shall have until December 19, 2015 to answer or otherwise appear. The current due dates are December 7 for Trinet HR Corporation and December 10 for Plaza Bank.  This extension is necessitated due to the date of service

/ / /

/ / /

- 1 -

FPDOCS 31270009.1

1  and the intervening holidays, which delayed transmission of documents to defense
2  counsel.

3  Dated this 3rd day of December, 2015.   Dated this 3rd day of December, 2015

4  FISHER & PHILLIPS LLP   LAW OFFICES OF ROBERT P. SPRETNAK

5   /s/ Whitney J. Selert, Esq.    /s/ Robert P. Spretnak, Esq.
Scott M. Mahoney, Esq.   Robert P. Spretnak, Esq.
6  Whitney J. Selert, Esq.   8275 S Eastern Avenue, Suite 200
7  300 South Fourth Street   Las Vegas, NV 89123
Suite 1500   Attorney for Plaintiff
8  Las Vegas, NV 89101
Attorneys for Defendants

FOR GOOD CAUSE APPEARING IN THE

PREMISES THEREOF, IT IS SO ORDERED,

_____
United States Magistrate Judge
DATED: December 4, 2015

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FPDOCS 31270009.1

- 2 -