# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JESSICA WADE,<br><br>                Plaintiff,<br><br>vs.<br><br>PLAZA BANK, *et al.*,<br><br>                Defendants. | 2:15-cv-02058-APG-CWH<br><br>**ORDER** |

Before the court is Defendants' Motion for Waiver of Attendance at ENE (#15).

IT IS HEREBY ORDERED that any opposition to Defendants' Motion for Waiver of Attendance at ENE (#15) must be filed on or before January 20, 2016.

DATED this 13th day of January, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE