# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JESSICA WADE,<br><br>    Plaintiff,<br><br>vs.<br><br>PLAZA BANK, *et al.*,<br><br>    Defendants. | 2:15-cv-02058-APG-CWH<br><br>**ORDER** |

Before the court is Defendants' Motion for Waiver for Attendance at Early Neutral Evaluation (#15).

IT IS HEREBY ORDERED that a hearing on Defendants' Motion for Waiver for Attendance at Early Neutral Evaluation (#15) is scheduled for 4:00 p.m., January 28, 2016, in courtroom 3D.

DATED this 25th day of January, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE