FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
WHITNEY J. SELERT, ESQ.
Nevada Bar No. 5492
300 S Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
Facsimile:  (702) 252-7411
E-Mail Address:  wselert@laborlawyers.com

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA WADE, | ) |
| | ) Case No. 2:15-cv-02058-APG-CWH |
| Plaintiff, | ) |
| | ) |
| vs. | ) **STIPULATION AND ORDER TO** |
| | ) **STAY DISCOVERY** |
| PLAZA BANK, a California corporation; and TRINET HR CORPORATION, a California corporation, | ) |
| | ) **(First Request)** |
| | ) |
| Defendant. | ) |
| _____ | ) |

COME NOW, the parties above-referenced, by and through their undersigned counsel and do hereby stipulate and agree to stay discovery pending resolution of Defendants' motion to compel arbitration:

1.   On May 4, 2016, Defendants filed a Motion to Compel Arbitration pursuant to a written agreement to arbitrate all claims arising from Plaintiff's employment with Plaza Bank.

2.   On May 23, 2016, Plaintiff Wade filed her Response to that motion and on June 8, 2016, Defendants submitted their Reply in support of that motion.

FPDOCS 31862157.1

- 1 -

3.     As of the date of this stipulation, that motion has not been resolved and the current discovery cutoff date is scheduled for August 17, 2016.

4.     To conserve the resources, time and energy of these parties and the Court and to preserve the positions set forth in the pending motion referenced *supra.*, the parties have refrained from formal discovery in anticipation of possible referral to arbitration. If the matter is referred to arbitration, discovery then would be conducted under rules different from district court procedure.

5.     The parties anticipate that extensive discovery will be required to fully explore the claims and defenses at issue in this matter.

6.     The parties, in consultation with undersigned counsel, do stipulate and agree to stay all discovery and to reset all discovery deadlines in an amended Scheduling Order, if necessary, when the motion to compel arbitration is resolved.

Dated this 8th day of July, 2016.           Dated this 8th day of July, 2016.

FISHER & PHILLIPS LLP                       LAW OFFICES OF ROBERT P. SPRETNAK

 /s/ Whitney J. Selert, Esq.                 /s/ Robert P. Spretnak, Esq.
Scott M. Mahoney, Esq.                      Robert P. Spretnak, Esq.
Whitney J. Selert, Esq.                     8275 S Eastern Avenue, Suite 200
300 South Fourth Street                     Las Vegas, NV 89123
Suite 1500                                  Attorney for Plaintiff
Las Vegas, NV 89101
Attorneys for Defendants

FOR GOOD CAUSE APPEARING IN THE PREMISES THEREOF, IT IS SO ORDERED, this July 11, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FPDOCS 31862157.1

- 2 -