FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
WHITNEY J. SELERT, ESQ.
Nevada Bar No. 5492
300 S Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
Facsimile: (702) 252-7411
E-Mail Address: wselert@laborlawyers.com
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JESSICA WADE, | ) |
| | ) Case No. 2:15-cv-02058-APG-CWH |
| Plaintiff, | ) |
| | ) |
| vs. | ) **STIPULATION AND ORDER TO** |
| | ) **EXTEND TIME FOR** |
| PLAZA BANK, a California corporation; | ) **DEFENDANT'S RESPONSE TO** |
| and TRINET HR CORPORATION, a | ) **PLAINTIFF'S MOTION TO** |
| California corporation, | ) **ENFORCE ARBITRATION** |
| | ) **AWARD** |
| Defendant. | ) |
| _____ | ) **(First Request)** |

COME NOW, the parties above-referenced, by and through their undersigned counsel and do hereby stipulate and agree that Defendant's Response to Plaintiff's Motion to Enforce Arbitration Award (Dkt. #34) shall be extended two weeks and will be due on or before March 5, 2019.

///

///

///

///

///

///

///

This stipulation is necessitated due to the nature and complexity of the underlying issues and Defendant's schedule.

| Dated this 11th day of February, 2019. | Dated this 11th day of February, 2019. |
|---|---|
| FISHER & PHILLIPS LLP | LAW OFFICES OF ROBERT P. SPRETNAK |
| /s/ Whitney J. Selert, Esq. | /s/ Robert P. Spretnak, Esq. |
| Scott M. Mahoney, Esq.<br>Whitney J. Selert, Esq.<br>300 South Fourth Street, Suite 1500<br>Las Vegas, NV 89101<br>Attorneys for Defendants | Robert P. Spretnak, Esq.<br>8275 S Eastern Avenue, Suite 200<br>Las Vegas, NV 89123<br>Attorney for Plaintiff |

FOR GOOD CAUSE APPEARING IN THE PREMISES THEREOF, IT IS SO ORDERED, this 11th day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE