# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA WADE, | Case No.: 2:15-cv-02058-APG-CWH |
| Plaintiff | **Order Granting Motion to Extend Time** |
| v. | [ECF No. 38] |
| PLAZA BANK, a California corporation; and TRINET HR CORPORATION, a California corporation, | |
| Defendants | |

Defendant Pacific Premier Bank, as successor by merger with Plaza Bank (the "Bank"), moves for a second extension of the deadline by which it must oppose plaintiff Jessica Wade's motion to confirm the arbitration award. Wade opposes the extension because the Bank has not shown why the four weeks it has already taken is not sufficient time to prepare an opposition.

Although Wade raises good points, practical considerations in this case justify a final extension. The Bank recently retained new counsel. More importantly, because of my backlogged docket, I likely will not be able to address the motion to confirm the arbitration award in the next few weeks. Thus, Wade will not be prejudiced by an additional three-week delay in the briefing schedule.

IT IS THEREFORE ORDERED that the Bank's motion for extension of time **[ECF No. 38] is granted**. The Bank's opposition to the motion to confirm arbitration award is due March 26, 2019.

DATED this 12th day of March, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE