ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
JILL GARCIA
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888
*Attorneys for Defendant Pacific Premier Bank*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JESSICA WADE,<br><br>Plaintiff,<br><br>vs.<br><br>PLAZA BANK, a California corporation; and TRINET HR CORPORATION, a California corporation,<br><br>Defendants. | Case No.: 2:15-cv-02058-APG-CWH<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO CONFIRM FINAL AWARD IN ARBITRATION**<br><br>**(First Request)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 26-4, Plaintiff Jessica Wade ("Plaintiff") and Defendant Pacific Premier Bank (the "Bank" or "Defendant"), as successor by merger with Plaza Bank ("Plaza"), by and through their undersigned counsel, hereby request to continue the hearing regarding Plaintiff's Motion to Confirm Final Award in Arbitration (ECF No. 34) currently set for April 19, 2019, at 10:30 a.m. (ECF No. 47.) This is the first request to continue the date of the hearing regarding the Motion to Confirm.

Lead counsel for Defendant, Anthony L. Martin, who will also be arguing the Motion, is currently scheduled to be on a previously set family vacation during the week of April 15, 2019, and continuing vacation through the Easter Holiday. Given the importance of the hearing, Mr. Martin would like to be present. With the conflict, the parties request the Court's indulgence in

continuing the hearing for this matter referenced above, to a date convenient to the Court during the week of April 29, 2019, with the exception of the morning of May 2, 2019, as Mr. Spretnak has a previously scheduled hearing in State Court on that date. Mr. Spretnak has also indicated that he will be out of the country from May 8-21, 2019.

DATED this 11th day of April, 2019.

LAW OFFICES OF ROBERT P. SPRETNAK

*/s/* Robert P. Spretnak
Robert P.Spretnak
8275 South Eastern Avenue
Suite 200
Las Vegas, NV 89123
Telephone: 702.454.4900
*Attorneys for Plaintiff Jessica Wade*

DATED this 11th day of April, 2019.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/* Jill Garcia
Anthony L. Martin
Jill Garcia
3800 Howard Hughes Parkway
Suite 1500
Las Vegas, NV 89169
Telephone: 702.369.6800
*Attorneys for Defendant Pacific Premier Bank*

**ORDER**

IT IS ORDERED that the hearing on Plaintiff's Motion to Enforce [34], currently scheduled for April 19, 2019 is VACATED and RESET for Monday, May 6, 2019 at 2:00 p.m. in Courtroom 6C before Judge Andrew P. Gordon.

DATED: April 11, 2019

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

38124586.1

2